**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| S.B., by and through his parents, M.J. and K.B.; M.J.; and K.B.;.,<br><br>Plaintiffs,<br>v.<br><br>ATLANTA PUBLIC SCHOOL SYSTEM, aka ATLANTA PUBLIC SCHOOL DISTRICT, ATLANTA PUBLIC SCHOOLS, AND ATLANTA CITY SCHOOL DISTRICT, CORY EDWARDS, AND ADRIAN RUCKER,<br><br>Defendants. | Civil Action No. 1:24-cv-00829-MHC |

**DEFENDANT ATLANTA PUBLIC SCHOOLS'S**
**RULE 68 OFFER OF JUDGMENT**

Under Federal Rule of Civil Procedure 68, for the purpose of settling this matter in its entirety, Defendant Atlanta Public Schools ("**APS**") offers to allow judgment to be entered on the following specified terms:

1. APS offers to allow judgment to be entered against APS in the total amount of $225,000.00, inclusive of attorney fees, expert fees, legal expenses, and all costs accrued to date.

2. APS agrees to modify S.B.'s individualized education program ("**IEP**"), as follows:



EXHIBIT
1

i. S.B. shall remain placed in a regional autism unit ("**RAU**") program. APS will not change S.B.'s placement from an RAU unless M.J. and K.B. (collectively "**Parents**") agree to the change in placement.

ii. S.B. shall be assigned to the RAU at Midtown High School. APS will not change S.B.'s school location assignment from Midtown High School unless Parents agree to the change in school location assignment. In making this offer, APS is not promising to continue maintaining an RAU at Midtown High School.

iii. For up to 45 weeks each calendar year, S.B. may receive private speech therapy services from a speech-language pathologist ("**SLP**") of Parents' choosing, up to three hours per week. APS agrees to pay this SLP directly, up to $184 per hour, for the provision of these services. In accepting this offer, Parents, on behalf of themselves and S.B., release APS (including its agents, officials, and employees) from all liability related in any way to the private services provided under this offer. In accepting this offer of judgment, Plaintiffs agree both that: (a) the monetary payment referenced in Paragraph 1 above fully compensates them for all future transportation expenses they might incur in

traveling to and from these private speech therapy services; and (b) for the remainder of S.B.'s eligibility for special education and/or related services through APS, the terms of this offer constitute a free appropriate public education ("**FAPE**") for S.B. regarding APS's provision of speech-language pathology services and related transportation services.

3. APS further agrees that S.B.'s assignment to the RAU at Midtown is not and shall not be contingent upon S.B. residing in the Midtown cluster of schools; provided, however, that, in making this offer, APS is not waiving any requirement that S.B. be an APS resident to receive educational services from APS.

4. This judgment shall be in full satisfaction of all federal and state-law claims or rights that Plaintiffs have to damages, or any other form of relief (including but not limited to injunctive or declaratory relief), arising out of or relating to the alleged acts or omissions of APS, Defendant Cory Edwards, Defendant Adrian Rucker, or any other APS official, agent, or employee, in connection with the facts and circumstances that are the subject of this action, including but not limited to all alleged acts or omissions referenced or described in Plaintiffs' complaint [Doc. 1] and Plaintiffs' due process hearing request, No. 2408215-OSAH-DOE-SE-60-Teate, previously filed with the Office of State Administrative Hearings for the State of Georgia.

5. This offer is made for purposes of settlement only, to avoid the time, expense, and burden of further litigation. This offer shall not constitute an admission of liability by APS, Edwards, or Rucker.

6. Acceptance of this offer will act to release and discharge APS (including its officials, board members, agents, attorneys, and employees), Edwards, and Rucker (the "**Releasees**") from any and all claims that were or could have been alleged by Plaintiffs in this action (the "**Released Claims**"). By accepting this offer, Plaintiffs agree that the Released Claims include any and all claims of every nature and kind whatsoever (whether known, unknown, suspected, or unsuspected) which Parents or S.B. have or may have against the Releasees from the beginning of time through the date of acceptance of this offer.

7. To accept this offer, all Plaintiffs must serve written notice accepting this offer within 14 days after service of the offer. Fed. R. Civ. P. 68(a). If all Plaintiffs do not accept the offer within that timeframe, the offer is deemed withdrawn. Fed. R. Civ. P. 68(b). Said differently, if less than all Plaintiffs accept this offer within the 14-day acceptance period, the offer is deemed withdrawn.

8. Should Plaintiffs decline this offer, proceed to trial, and obtain a judgment that is not more favorable than this offer, Plaintiffs will have to pay APS for all costs it incurs after this offer was made. Fed. R. Civ. P. 68(d). In addition, Plaintiffs will lose any right to recover post-offer statutory attorney fees, expert fees,

legal expenses, and costs that might otherwise be recoverable by a prevailing party. *Marek v. Chesny*, 473 U.S. 1, 10 (1985).

Respectfully submitted this 27th day of January 2025.

*/s/ Jeffrey R. Daniel*
MaryGrace Bell Kittrell
Georgia Bar No. 330653
Jeffrey R. Daniel
Georgia Bar No. 949075
Sheneka S. Lodenquai
Georgia Bar No. 810860
*Counsel for Defendants Atlanta Independent School System, Cory Edwards, and Adrian Rucker*

PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
678.690.5750 (phone)
marygracekittrell@parkerpoe.com
jeffdaniel@parkerpoe.com
shenekalodenquai@parkerpoe.com

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing was prepared using Times New Roman font, 14-point type, which is one of the font and print selections approved by the Court in L.R. 5.1(C).

This 27th day of January 2025.

*/s/ Jeffrey R. Daniel*
MaryGrace Bell Kittrell
Georgia Bar No. 330653
Jeffrey R. Daniel
Georgia Bar No. 949075
Sheneka S. Lodenquai
Georgia Bar No. 810860
*Counsel for Defendants Atlanta Independent School System, Cory Edwards, and Adrian Rucker*

PARKER POE ADAMS & BERNSTEIN LLP
1075 Peachtree Street NE, Suite 1500
Atlanta, GA 30309
678.690.5750 (phone)
marygracekittrell@parkerpoe.com
jeffdaniel@parkerpoe.com
shenekalodenquai@parkerpoe.com